

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In re:  HOSKINS, TONY**          **Case No.: 15-13085-JDW**

Debtor                                                                                          Chapter 13

## ORDER GRANTING MOTION TO APPROVE TRIAL MORTGAGE MODIFICATION
## (dkt 17)

This matter came before the Court on Debtors' Motion to Approve Trial Mortgage Modification after notice and opportunity for hearing had been provided, and there being no response, so therefore the Debtor's Motion is Sustained.

It is therefore Ordered, Adjudged, and Decreed that the Debtor's Motion to Approve Trial Mortgage Modification  is GRANTED and  that debtor continue making direct payments to Chase at the new rate of $1783.46 beginning with the October payment.

##END OF ORDER##

Submitted by:
Catherine Umberger
Mayfield Law Firm
PO Box 9
Tupelo, MS 38802
662-841-8844
mc@mayfieldlawfirm.com
MS BAR NO: 104458